■ In the Matter of MAURICE M., Appellant. RICHARD KINYAMU, Respondent. [999 NYS2d 751]—

In a proceeding for permission to administer medication to a patient without his consent, Maurice M. appeals from an order of the Supreme Court, Kings County (Ash, J.), dated November 13, 2012, which, after a hearing, granted the petition.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The order appealed from expired by its own terms during the pendency of this appeal. Accordingly, this appeal has been rendered academic. Contrary to the appellant's contention, the appeal does not fall within the exception to the mootness doctrine (see Matter of Anonymous v New York City Health & Hosps. Corp., 70 NY2d 972, 974 [1988]; Matter of David C., 69 NY2d 796, 798 [1987]; Matter of Carpeah N. [Mid-Hudson Forensic Psychiatric Ctr.], 77 AD3d 836 [2010]). Dillon, J.P., Dickerson, Cohen and Barros, JJ., concur.